```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

LARRY SHAFFER; NWFX, INC.;
NORTHWEST FINANCIAL EXPRESS, INC.;
and GOLD FINANCIAL EXPRESS, INC.                      PLAINTIFFS

         v.            Civil No. 06-5103

ALLEN W. BIRD II, TRUSTEE, and
FREDERICK S. WETZEL III, SUCCESSOR
TRUSTEE, and INTERNATIONAL SURETIES
LIMITED, his Surety Bond Company                      DEFENDANTS

### O R D E R

    Now on this 20th day of April, 2007, comes on for consideration separate defendant Frederick Wetzel's **Motion For Order Compelling Plaintiffs To Respond To Requests For Production Of Documents** (document #29), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and plaintiffs are directed to respond to Wetzel's Requests for Production of Documents served February 21, 2007, no later than Friday, April 27, 2007.  Failure to do so may result in the imposition of sanctions.

    **IT IS SO ORDERED.**

                                             **/s/ Jimm Larry Hendren**
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**