IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY SHAFFER; NWFX, INC.;
NORTHWEST FINANCIAL EXPRESS, INC.;
and GOLD FINANCIAL EXPRESS, INC.                          PLAINTIFFS

       v.            Civil No. 06-5103

ALLEN W. BIRD II, TRUSTEE, and
FREDERICK S. WETZEL III, SUCCESSOR
TRUSTEE, and INTERNATIONAL SURETIES
LIMITED, his Surety Bond Company                          DEFENDANTS

### O R D E R

Now on this 18th day of July, 2007, comes on for consideration plaintiffs' **Motion For Continuance** (document #49), wherein plaintiffs advise the Court that there are proceedings in bankruptcy court which bear on the vitality of their claim before this Court. While the bankruptcy proceedings are not such as to impose an automatic stay upon this Court, they are such that the Court finds it appropriate to await their outcome. The Court, therefore, finds that this matter should be, and it hereby is, **administratively terminated,** subject to reopening on motion of any party upon the conclusion of the bankruptcy proceedings.

**IT IS SO ORDERED.**

                           /s/ Jimm Larry Hendren
                           JIMM LARRY HENDREN
                           UNITED STATES DISTRICT JUDGE